UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD DEL RIO** | **CIVIL ACTION** |
| **VERSUS** | **No. 22-1859** |
| **HELIX ENERGY SOLUTIONS GROUP, INC.** | **SECTION I** |

### ORDER

Before the Court is a joint motion[1] to dismiss with prejudice the above-captioned action, filed by plaintiff Richard Del Rio and defendant Helix Energy Solutions Group, Inc. Accordingly,

**IT IS ORDERED** that the motion is **GRANTED** and that the action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, April 17, 2023.

*[signature]*

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 35.